# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-17-00458-CV
_____

### ROBERT CALDWELL, Appellant

### V.

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION, Appellee

_____

### On Appeal from the County Court at Law
### Polk County, Texas
### Trial Cause No. CV03461

_____

### MEMORANDUM OPINION

The trial court signed a final judgment on November 9, 2017. Robert Caldwell filed a notice of appeal but failed to file a brief. On February 9, 2018, we notified the parties that appellant's brief had not been filed, and we warned the appellant that his failure to file a brief could result in a dismissal of the appeal for want of prosecution. On February 27, 2018, we notified the parties that the appeal would be

1

submitted to the Court on March 20, 2018, without briefs and without oral argument. *See* Tex. R. App. P. 39.8.

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on March 20, 2018
Opinion Delivered March 29, 2018

Before Kreger, Horton, and Johnson, JJ.